No. 226. EARLY *v.* FEDERAL RESERVE BANK OF RICHMOND. October 21, 1929. Petition for writ of certiorari

to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. R. E. Whiting* for petitioner. *Mr. M. G. Wallace* for respondent.